**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X \_\_\_\_\_1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mark Nils William Lawrence   JOINT DEBTOR: Debra Ann Lawrence   CASE NO.:11-12910-BKC-JKO
Last Four Digits of SS#: 7130           Last Four Digits of SS#: 3095

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 741.00_____ for months __1__ to __55__;
   B.   $ 802.00_____ for months __56__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee and Costs - $3,500.00   (Base Chapter 13 Fee)
                                           $ 525.00 (fee for Motion to Value SunTrust Bank)
                                           $ 525.00 (fee for Motion to Value Mazda American Credit)
             Total Attorney's Fees -       $4,550.00
             Amount Paid-(Pre-petition)   ($1,550.00)
             Balance Due Though Plan   $2,950.00 payable $327.78/month (Months _1_ to _9_)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:   NONE

1. _____    Arrearage on Petition Date $_____
Address:_____       Arrears Payment  $_____/month  (Months \_\_\_\_\_ to _____)
         _____       Regular Payment  $_____/month  (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Suntrust Bank (acct. no.: xxxxxxxxxxxx6144) | 2007 Mazda 6 Touring $7,000.00 | 5.25% | $132.91 | 1 To 60 | $7,974.60 |
| Mazda American Credit (acct. no.: xxxx1062) | 2008 Mazda 6 Touring, $9,600.00 | 5.25% | $182.27 | 1 To 60 | $10,936.20 |

Priority Creditors: [as defined in 11 U.S.C. §507]:  NONE

1. _____     Total Due $_____
                                     Payable   $_____/month (Months \_\_ to \_\_)

Unsecured Creditors:  Pay $30.16/month  (Months _1_ to _9_)
                      Pay $357.94/month (Months _10_ to _55_)
                      Pay $413.49/month (Months _56_ to _60_)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

   1. The Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

LF-31(rev. 1/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: /s/ Filed ECF
Jeffrey H. Tromberg, Esq. with knowledge and consent of the Debtor

Joint Debtor: /s/ Filed ECF
Jeffrey H. Tromberg, Esq. with knowledge and consent of the Debtor

Date: 3/1/2011

Date: 3/1/2011

LF-31(rev. 1/08/10)